UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION; SCME MORTGAGE BANKERS, INC. A CALIFORNIA CORPORATION; MERS; CALIFORNIA RECONVEYANCE COMPANY and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 1:11-CV-2101 AWI GSA<br><br>ORDER VACATING HEARING DATE OF MARCH 12, 2012 AND TAKING MATTER UNDER SUBMISSION |

Defendants have made a motion to dismiss for failure to state a claim.  Plaintiff has not filed an opposition and is no longer entitled to be heard at oral argument. See Local Rule 230(c). The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 12, 2012, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   March 8, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

1